UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR 712 RWS |
| ) | |
| YUSEF TAREEK STROUD, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on defendant Yusef Tareek Stroud's motion to suppress evidence and statements [#19] and his motion to dismiss [#41].

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Frederick R. Buckles. An evidentiary hearing was held on August 20, 2009, and thereafter Judge Buckles filed his Report and Recommendation regarding the defendant's motions. No objections to the recommended rulings were filed.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Buckles set forth in support of his recommended rulings issued on January 27, 2010.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#51] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Yusef Tareek Stroud's motion to suppress evidence and statements [#19] and his motion to dismiss [#41] are denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of March, 2010.